was properly denied in the exercise of discretion in view of the circumstances and the dispute in matters of fact. In determining whether or not a party is entitled to equitable relief in whole or in part, in a case of this nature, much depends on the good faith exercised by the respective parties in carrying out the provisions of the contract they had made. Here each accuses the other of bad faith in bringing about a breach of the contract for the purpose of procuring some advantage to himself. The question of fixing the blame must await the trial. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

CLARA STRAUSS, Appellant, v. LOUIS STRAUSS, Respondent.— Order denying motion to require defendant to furnish security for the payment of alimony reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted to the extent of requiring defendant, within ten days from the entry of the order herein, to furnish a bond with corporate surety in the sum of $5,000 to secure the payment of alimony due and to become due under the order or judgment directing payment thereof. Under the undisputed facts herein, a clear case was made requiring the Special Term, in the exercise of a sound legal discretion, to compel defendant to furnish reasonable security for the payment of alimony pursuant to section 1171 of the Civil Practice Act, and the refusal of such relief was not a proper exercise of discretion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

VADSCO SALES CORPORATION, Respondent, v. JOHN J. JENNINGS, Defendant, and DAVID MERENDINO, Appellant.— On argument, order resettling order granting motion for the appointment of a receiver modified by reducing the amount of the undertaking mentioned in the last paragraph from $4,000 to $1,000, and as so modified said order and the order which it resettles are affirmed, without costs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

SIMON BERNSTEIN, Appellant, v. GILBERT HOLDING CORPORATION and Another, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

E. V. P. HOLDING CORPORATION, Respondent, v. WILLIAM B. EVANS, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JACOB J. GREENBAUM, Respondent, v. MARCUS MILLER and Another, Defendants, and MAX DECKINGER and ESTELLE DECKINGER, Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of BURROUGHS & BROWN, Attorneys, Appellants, for the Fixing of a Reasonable Counsel Fee as Attorneys of Record for the Plaintiff in the Case of CHARLES T. DAVIS, Plaintiff, v. FREDERICK T. KELSEY and Others, Defendants; CHARLES T. DAVIS, and AUSTIN S. DAVIS, as Trustee for CHARLES T. DAVIS under the Correction Law, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of GEORGE W. OLVANY and RICHARD A. CORROON to Render and Settle Their Accounts as Executors of the Estate of ANTONIN CHAPAL, Late of Central Park, Long Island, New York. BELLE FERGUSON, Also Known as BELLE O'BRIEN, Appellant; GEORGE W. OLVANY and RICHARD A. CORROON, as

Executors and Trustees, etc., of ANTONIN CHAPAL, Deceased, Respondents.— Motion to resettle order granted. Order signed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of CRANE-BERKLEY CORPORATION, Respondent, against FRED LAVIS and Others, Being the Board of Assessors of the Village of Scarsdale, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of MARY KEENAN, Deceased. MARGARET K. SCHAUB and Others, Appellants; JAMES J. KEENAN and Another, as Executors, etc., of MARY KEENAN, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for five days after the entry of the order herein. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

CHARLES C. JAMES, Respondent, v. ALDERTON DOCK YARDS, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

W. H. JONES, Respondent, v. THE CUNARD STEAM SHIP COMPANY, LTD., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MANHIG HOLDING CORPORATION, Respondent, v. GELLER BUILDING CORPORATION and Others, Defendants; SOLOMON GRAYZEL and Another, as Executors and Trustees, etc., of AARON MEISLEN, Deceased, Appellants; HYMAN D. RAPPS, Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

SAMUEL QUOSSA, Respondent, v. SEA BREEZE HOLDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ARTHUR F. STRANG, as Administrator, etc., of BERTHA S. STRANG, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. — Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

AMERICAN RADIATOR COMPANY, Respondent, v. MONTAGUE COURT, INC., and Others, Defendants, Impleaded with COURT AND MONTAGUE STREET REALTY CORPORATION and THE ÆTNA CASUALTY AND SURETY COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ASTORIA MORTGAGE CO., INC., Respondent, v. THE LONG ISLAND NATIONAL BANK OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

AGNES H. BRENT, Respondent, v. FRANK H. ASSENBECK and ANDREW F. ASSENBECK, as Copartners Doing Business under the Firm Name and Style of F. H. & A. F. ASSENBECK, Appellants. WILLIAM RUFUS BRENT, Respondent, v. FRANK H. ASSENBECK and ANDREW F. ASSENBECK, as Copartners Doing Business under the Firm Name and Style of F. H. & A. F. ASSENBECK, Appellants.— Judgments